# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: NOBLE WESLEY ENTERPRISES, LLC | ) | Bankruptcy No. 20-82159-CRJ-7 |
| EIN: 81-2108463 | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |

## MOTION TO WITHDRAW APPOINTMENT ORDER

COMES NOW the undersigned and requests that the Court withdraw his appointment order on the grounds that he has a conflict and should not serve as Trustee in this Chapter 7 case.

Respectfully submitted this October 9, 2020.

/s/ Tazewell T. Shepard
Tazewell T. Shepard
*Trustee in Bankruptcy*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

This is to certify that I have this 9th day of October, 2020 served the foregoing document on G. John Dezenberg, Jr., 908-C North Memorial Parkway, Huntsville, AL 35801 and upon Richard Blythe, Office of the Bankruptcy Administrator, P. O. Box 3045, Decatur, AL 35602, by the Court's CM/ECF electronic filing system and/or by depositing said copies in the U. S. Mail in properly addressed envelopes with adequate postage thereon.

/s/ Tazewell T. Shepard
Tazewell T. Shepard

Case 20-82159-CRJ7    Doc 5    Filed 10/09/20    Entered 10/09/20 14:42:34    Desc Main
Document    Page 1 of 1